1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    RODERICK WASHINGTON,                          1:05-CV-1536 REC LJO HC

10            Petitioner,

11        vs.                                       ORDER TO SUBMIT
                                                    APPLICATION TO PROCEED
12   A. K. SCRIBNER, et al.,                        IN FORMA PAUPERIS
                                                    **OR** FILING FEE
13            Respondents.
     _____/

14

15          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas

16   corpus pursuant to 28 U.S.C. § 2254.  The petition was originally filed on April 1, 2005, in the United

17   States District Court for the Central District of California. It was ordered transferred to the Fresno

18   Division on November 14, 2005, and received in this Court on December 2, 2005. Petitioner has not paid

19   the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form

20   pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

21          1. The Clerk's Office shall send to Petitioner the form for application to proceed in forma

22   pauperis.

23          2.  Within thirty days of the date of service of this order, Petitioner shall submit a

24   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

25   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

26   IT IS SO ORDERED.

27   **Dated:   December 21, 2005**          _____/s/ Lawrence J. O'Neill_____
     23ehd0                                  UNITED STATES MAGISTRATE JUDGE

28