# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Respondents. | 1:05-CV-1536 REC LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On December 22, 2005, the undersigned issued an order directing Petitioner to file a completed application to proceed in forma pauperis, or in the alternative, pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of the order. Over thirty days passed, and Petitioner did not respond to the court order. Therefore, on February 15, 2006, the undersigned issued a Findings and Recommendation that recommended the petition be dismissed for failure to comply. Petitioner filed objections on February 22, 2006.

　　　In his objections, Petitioner contends he has attempted to comply with the court order by submitting some "30 to 40 in forma pauperis applications" to prison officials. But, Petitioner claims, prison officials have "obstructed and impeded" all of his attempts by "thwarting his legal mail to and from the courts." Petitioner does not support this broad claim with any specifics. In addition, the

claim is difficult to believe considering Petitioner managed to file objections immediately after the Findings and Recommendation issued in this case. Petitioner has also filed numerous motions and declarations in other ongoing cases. See, e.g., Washington v. Woodford, Case No. 1:05-CV-1487 OWW LJO HC. Moreover, Petitioner has refused mail from the Court in other cases. See Washington v. Woodford, Case No. 1:05-CV-1506 REC DLB HC; Washington v. Woodford, Case No. 1:05-CV-1505 OWW WMW HC..

      The Court will grant Petitioner an extension of time to comply with the court order and file a completed application to proceed in forma pauperis, or in the alternative, pay the filing fee. If Petitioner's attempts to comply are met with resistance by prison officials, Petitioner is directed to notify the Court with specifics. The Court will not consider his claim of mail tampering without at least a modicum of explanation. For instance, when did Petitioner attempt to comply, how did he attempt to comply, with whom did he submit his requests, in what ways were his requests thwarted or impeded, how has his mail been tampered with, why has he been able to file various pleadings with the court yet fail to submit the filing fee or in forma pauperis application, and why has he refused mail in certain instances? Petitioner is advised that should he fail to comply, the Court will submit the Findings and Recommendation to the assigned district judge for dismissal of the action.

      Accordingly, Petitioner is GRANTED an extension of time of thirty (30) days to file a completed application to proceed in forma pauperis or pay the filing fee.

IT IS SO ORDERED.

**Dated:    March 3, 2006**         /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE