UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-CV-1536 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #21] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| A. K. SCRIBNER, et al., | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 15, 2006, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, Petitioner failed to file an application to proceed in forma pauperis or pay the filing fee as ordered by the Magistrate Judge. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

On February 22, 2006, Petitioner filed objections to the Findings and Recommendation. In

1  his objections, Petitioner stated his efforts were thwarted and he has been delayed in complying with
2  the Court's order by prison staff. Thus, on March 3, 2006, the Magistrate Judge granted Petitioner an
3  extension of time of thirty (30) days to file an application to proceed in forma pauperis or pay the
4  filing fee. Over thirty (30) days have passed and Petitioner has failed to comply with the Court's
5  order or respond in any other fashion.
6      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
7  *novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings
8  and Recommendation is supported by the record and proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10  1. The Findings and Recommendation issued February 15, 2006, is ADOPTED IN FULL;
11  2. The petition for writ of habeas corpus is DISMISSED; and
12  3. The Clerk of the Court is DIRECTED to enter judgment.
13  IT IS SO ORDERED.
14  **Dated:   April 27, 2006**                      /s/ Robert E. Coyle
   668554                                    UNITED STATES DISTRICT JUDGE