IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>            Petitioner,<br><br>      vs.<br><br>A.K. SCRIBNER,<br><br>            Respondent. | No. CV-F-05-1536 OWW HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION TO RE-OPEN AND/OR<br>VACATE JUDGMENT (Doc. 33) |

On September 7, 2007, Petitioner filed a motion to re-open this action and to vacate the Judgment entered against him on April 27, 2006. (Doc. 33).

Petitioner's motion is DENIED. Petitioner's petition for writ of habeas corpus was dismissed for Petitioner's failure to timely comply with a court order and Judgment was entered on April 27, 2006. (Docs. 24 & 25). On April 12, 2006, Petitioner moved to vacate the judgment. (Doc. 26). Petitioner's motion to vacate was denied by Order filed on July 17, 2006. (Doc. 27). Petitioner filed an appeal to the Ninth Circuit. (Doc. 28). A

Certificate of Appealability was denied by Order filed on July 31, 2006.  (Doc. 30).  By Order filed on September 26, 2006, Petitioner's appeal was dismissed by the Ninth Circuit "[b]ecause the appeal lacks merit."  (Doc. 32).

    Because the Ninth Circuit has affirmed the Judgment dismissing Petitioner's Section 2254 petition and his prior motion to vacate the Judgment, there is no basis to re-open this action.

    IT IS SO ORDERED.

**Dated:   August 25, 2008**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE